# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>TALLERICO, et al.,<br><br>          Defendants. | 1:16-cv-01189-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE<br>(ECF NO. 15) |

      Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2016, Plaintiff filed his first amended complaint. (ECF No. 5). On that same day, Plaintiff filed a request for judicial notice. (ECF No. 6). Because it was unclear whether Plaintiff was attempting to amend his complaint via the request for judicial notice, on November 15, 2016, the Court ordered Plaintiff to file a second amended complaint or notify the Court that he wishes to proceed on the first amended complaint. (ECF No. 14). On November 21, 2016, Plaintiff filed a motion to expedite. (ECF No. 15). Plaintiff seems to be asking the Court to expedite the screening of his case.

      Plaintiff's motion to expedite will be denied. First, the Court is currently waiting on Plaintiff to either file a second amended complaint or notify the Court that he wishes to proceed

on the first amended complaint. Second, as laid out in the First Informational Order in Prisoner/Civil Detainee Civil Rights Cases (ECF No. 4), which was sent to Plaintiff on August 11, 2016, the Court has an extremely large number of *pro se* civil rights cases pending before it, and is acting on those cases as quickly and efficiently as it can with the court's resources.

      Accordingly, it is ORDERED that Plaintiff's motion to expedite is DENIED.

IT IS SO ORDERED.

    Dated: __November 22, 2016__       /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE