# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>   Plaintiff,<br><br> v.<br><br>TALLERICO, et al.,<br><br>   Defendants. | Case No. 1:16-cv-01189-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO RELATE BACK<br><br>(ECF NO. 38) |

  Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 29, 2017, Plaintiff filed an "Ex Parte Motion to Relate Back, Fed. R. Civ. P. 15([c])(1)(C), ([a])(2)[]" ("the Motion"). While Plaintiff titled the Motion "Motion to Relate Back," Plaintiff asks that he be allowed to amend his complaint, and that he be given a thirty day extension to do so.

  Plaintiff's motion will be denied. If Plaintiff wants to file an amended complaint, he may file a motion for leave to file an amended complaint, along with a copy of the proposed Fourth Amended Complaint. The motion should explain why Plaintiff needs to amend his complaint, and the proposed changes. Plaintiff does not need leave of the Court to file the motion, and he does not need to ask for an extension of time.

  However, the Court notes that it would not be inclined to grant Plaintiff's motion for leave to amend. In screening Plaintiff's Third Amended Complaint, the Court stated: "The Court will not provide further leave to amend the complaint. This is Plaintiff's Third Amended Complaint. The Court provided significant legal standards and guidance in its screening order dated January 25, 2017. (ECF No. 20). Given the multiple amendments and the legal guidance that was provided, the Court finds that further amendment would be futile." (ECF No. 24, p.

1

10).

Moreover, the Motion lists ten defendants Plaintiff wishes to add to his complaint, including several doctors, an associate warden, and the warden. It appears that all ten of these defendants were listed in Plaintiff's Second Amended Complaint, which was dismissed because it did not "include 'a short and plain statement of the claim showing that the pleader is entitled to relief,' and because it include[d] claims against multiple defendants that [did] not 'aris[e] out of the same transaction, occurrence, or series of transactions or occurrences' or involve 'any question of law or fact common to all defendants.'" (ECF No. 20, p. 8). Based on the representations in the Motion, it appears that Plaintiff may be attempting to add claims and defendants that are not related to the claims and defendants in the current complaint.[1]

Accordingly, based on the foregoing, IT IS ORDERED that the Motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**October 3, 2017**__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff chooses to file a motion for leave to amend, Plaintiff should refer to the standards the Court provided in the screening order entered on January 25, 2017 (ECF No. 20), and the screening order entered on April 24, 2017 (ECF No. 24).