UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>        Plaintiff,<br><br>v.<br><br>TALLERICO and YERRY,<br><br>        Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER DENYING MOTION FOR STAY OF PROCEEDINGS<br><br>(ECF NO. 70) |

Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 7, 2018, Plaintiff filed a motion for stay of proceedings. (ECF No. 70).

Plaintiff seeks a stay of the proceedings because Defendants have allegedly not adequately responded to his discovery requests, and he needs to file a motion to compel.

Plaintiff's request will be denied. The Court already built time in the schedule for the resolution of discovery disputes. The deadline to file motions to compel is July 23, 2018, and the Court will hold a conference at which motions to compel will be discussed on August 20, 2018. (ECF No. 59, p. 4). Thus, if Plaintiff is already working on his motion to compel, as it appears that he is, his motion will be filed well before the deadline built into the current schedule.

1

Accordingly, there is no need to stay these proceedings.

As to defendant Yerry's motion for summary judgment (ECF No. 69), if Plaintiff needs additional time to collect evidence to adequately oppose the motion, Plaintiff may request an extension of time to file his opposition on the basis that he is still seeking discovery related to that motion.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for stay of proceedings is DENIED.

IT IS SO ORDERED.

Dated: **May 9, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE