# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>      Plaintiff,<br><br>v.<br><br>TALLERICO and YERRY,<br><br>      Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING<br><br>(ECF NO. 67) |

Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 21, 2018, Plaintiff filed a motion for ruling. (ECF No. 67). Plaintiff asks the Court to rule on his motion for confidential calls (ECF No. 61), his motion for reconsideration (ECF No. 66), and any other motions that were outstanding at the time.

Plaintiff's motion for confidential calls was granted in part (ECF No. 68), and his motion for reconsideration was denied (ECF No. 71). There were no other outstanding motions at the time Plaintiff filed this motion. Therefore, Plaintiffs motions have already been ruled on, and this motion is now moot.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for ruling is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 18, 2018**         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE