UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TALLERICO and YERRY,<br><br>　　　　Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER ON PLAINTIFF'S SUBPOENA AND USM-285 FORM<br><br>(ECF NO. 88)<br><br>THIRTY-DAY DEADLINE |

　　　　Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is now proceeding on Plaintiff's "claim against Officer Yerry for violation of Plaintiff's Fourteenth Amendment rights to equal protection related to the May 16, 2015 incident, his claim for retaliation in violation of the First Amendment against Officer Yerry regarding the cell search, his claim against Defendant Tallerico for retaliation in violation of the First Amendment, and his claims against Officer Yerry for violation of the Eighth Amendment." (ECF No. 62, pgs. 3-4). All other claims and defendants were dismissed. (Id. at 4).

　　　　On June 18, 2018, the Court granted Plaintiff's request for a third-party subpoena directed at the California Department of Correction's and Rehabilitation ("CDCR"), and directed the Clerk of Court to send Plaintiff a copy of form AO 88B (a blank subpoena) and a copy of form USM-285. (ECF No. 83). On June 27, 2018, Plaintiff returned the completed

1

subpoena and form USM-285. (ECF No. 88). However, instead of directing the subpoena at the CDCR, Plaintiff is attempting to have it directed to Tallerico, a defendant in this case.

It is unclear why Plaintiff is attempting to have the subpoena directed to defendant Tallerico. If Plaintiff believes that the documents he seeks are in the possession, custody, or control of defendant Tallerico, a motion to compel is the appropriate method of getting the documents. And, Plaintiff has stated that he already filed a motion to compel regarding this issue. (ECF No. 82, pgs. 1-2). Thus, it appears that Plaintiff does not need a third-party subpoena.

However, the Court will give Plaintiff another chance to fill out and return form AO 88B and form USM-285, if he believes that defendant Tallerico is not in possession, custody, or control of the document(s) he is seeking.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285; and
2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285.

IT IS SO ORDERED.

Dated: **July 9, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE