UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>TALLERICO and YERRY,<br><br>    Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

    The Court previously granted Plaintiff's motion for the issuance of a subpoena upon the California Department of Correction's and Rehabilitation ("CDCR") by the United States Marshals Service. (ECF No. 83). Plaintiff has now completed and returned the subpoena and USM-285 form.

    While Plaintiff directed the subpoena to the Warden of Kern Valley State Prison instead of the CDCR, the Court will allow the subpoena to issued upon the Warden. However, in addition to commanding production of documents, Plaintiff is also attempting to inspect Kern Valley State Prison, Facility B. Plaintiff did not ask for, and was not granted, permission to inspect Kern Valley State Prison, Facility B. Accordingly, while the Court will issue the subpoena for production of documents, it will not issue the portion of the subpoena for inspection of Kern Valley State Prison, Facility B.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*, with the limitation listed above;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
2. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
3. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
4. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
5. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **July 27, 2018**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE