UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>TALLERICO and YERRY,<br><br>    Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND REQUESTING THAT THE WARDEN OF CALIFORNIA MEDICAL FACILITY RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF NOS. 100 & 101)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF NO. 101) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA MEDICAL FACILITY, AND THE LITIGATION COORDINATOR AT CALIFORNIA MEDICAL FACILITY |

Shannon Riley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 23, 2018, Plaintiff filed a motion for injunctive relief. (ECF No. 101). According to Plaintiff, he was transferred to California Medical Facility ("CMF") on August 2, 2018. Despite numerous requests, he has not yet been issued personal property (which was transferred with him). Plaintiff requests an injunction directing CMF to issue Plaintiff his personal property. On that same day, Plaintiff filed a motion for an expedited hearing on his

1

motion for injunctive relief. (ECF No. 100).

At it does not appear that a hearing would be beneficial at this time, the Court will deny Plaintiff's motion for an expedited hearing. However, as Plaintiff has alleged that he is being denied access to his property (including his legal property), the Court will request that the Warden of CMF respond to Plaintiff's motion for injunctive relief (ECF No. 101).

Accordingly, the Court requests that, within twenty-one (21) days from the date of service of this order, the Warden of CMF file a response to Plaintiff's motion for injunctive relief.

Additionally, IT IS ORDERED that:

1. Plaintiff's motion for an expedited hearing (ECF No. 100) is DENIED; and
2. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of California Medical Facility, and the Litigation Coordinator at California Medical Facility with a copy of this order and Plaintiff's motion for injunctive relief (ECF No. 101).

IT IS SO ORDERED.

Dated: **August 24, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE