

**FILED**
OCT 2 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>Plaintiff,<br><br>v.<br><br>TALLERICO, et al.,<br><br>Defendants. | Case No.: 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER THAT INMATE SHANNON RILEY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Shannon Riley is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 2, 2018. Inmate Shannon Riley, CDCR #E-48875, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 10/2/18

UNITED STATES MAGISTRATE JUDGE