UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TALLERICO and YERRY,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01189-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(ECF NO. 114) |

　　　　On October 5, 2018, the Court directed the parties "to file the appropriate dismissal documents." (ECF No. 111). On October 24, 2018, Plaintiff filed a motion for clarification. (ECF No. 114). Plaintiff asks for clarification regarding exactly what he is required to state in the "dismissal document."

　　　　The dismissal document has already been filed (ECF No. 112) and the case has been closed (ECF No. 113). Thus, Plaintiff does not need to file additional dismissal documents.

IT IS SO ORDERED.

　　　Dated: __October 25, 2018__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1